| 1. Person Reporting (Last name, First name, Middle initial) Martini, William J | 2. Court or Organization District Court - New Jersey | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ● Nomination, Date ● Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 50 Walnut Street PO Box 419 Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Nicholas Martini Foundation |
| 2. | Trustee | John Cabot University |
| 3. | Trustee | Italian American Cultural Center |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 17 A 8: 55 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Nicholas Martini Foundation, Trustee | 21999.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | The North Jersey Regional, Chamber of Commerce - Wages |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martini, William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Account#1 | | | | | | | | | |
| 2. COMMAND MONEY FUND CL A | A | Dividend | | | CLOSED | 2/17 | K | | |
| 3. N J TPKE AUTHORITY TPK REVENUE SER G | A | Interest | | | TRANFER O T | 2/11 | J | | |
| 4. NOWST BERGN NJ UTILS AUTH UTIL SYSTEM EVENUE RFDG RO JJ 6.0 | A | Interest | | | FULLY CALL | 2/17 | K | A | |
| 5. SO ORANGE-M NJ | A | Interest | | | TRANSFE ROUT | 2/11 | J | | |
| 6. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 7. FEDERATED KAUFMANN FUND-K | C | Distribution | K | T | | | | | |
| 8. BROKERAGE ACCOUNT#3 | | | | | | | | | |
| 9. ALLIANCE BERNSTIEN CAPITAL RESERVE FUND | A | Dividend | J | T | | | | | |
| 10. ISHARES TR RUSSELL 2000 VALUE INDEX FD | D | Dividend | N | T | | | | | |
| 11. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | A | Dividend | N | T | | | | | |
| 12. BROKEAGE ACCOUNT#4 | | | | | | | | | |
| 13. GENERAL GOVT SEC MNY MKT CL B | A | Dividend | J | T | | | | | |
| 14. EDISON TWP N J UT 5% 1/1/06 DTD 12/1/93 CLB | A | I (crest | J | T | | | | | |
| 15. EVESHAM TWP N J BRD ED UT 4.6% 3/1/06 B/E DTD 2/1/99 | A | Interest | K | T | | | | | |
| 16. LOWER TWP N J FIRE DIST NO 3 BK QLFD UT 6.85% 2/1/08   G | B | Interest | K | T | | | | | |
| 17. MIDDLETOWN TWP NJ BRD ED RFDG ST SCH QLFD BD ACT UT 5% | B | Interest | K | T | | | | | |
| 18. MONMOUTH CNTY N J IMPT AUTH REV RFDG CORRECTIONAL FACS 5% | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MONTVILLE TWP N J FIRE DIST NO 2 BK QLFD UT 5.65% 5/1/08 | A | Interest | J | T | | | | | |
| 20. MOUNT ARLINGTON NJ BRD ED ST SCH QLFD BD ACT BK QLFD UT 5.2% | B | Interest | K | T | | | | | |
| 21. NEW JERSEY ST ETM CTFS PARTN SER A ETM 5% 6/15/11 | A | Interest | K | T | | | | | |
| 22. NEW JERSEY ST HWY AUTH GARDEN ST PKWY G N REV SR PKWY 6.2% | B | Interest | K | T | | | | | |
| 23. NORTH ARLINGTON N J SCH DIST BANK QUALIFIED UT 5.375% 8/1/13 | B | Interest | K | T | | | | | |
| 24. OCEAN CNTY N J UTILS AUTH WASTEWATER R V RFDG 5% 1/1/09 | B | Interest | K | T | | | | | |
| 25. NJ ST TPK AUTH TPK REV SER G ETM 5.75% 1/1/09 | A | Interest | J | T | TRANSFER IN | 2/11 | J | | |
| 26. SOUTH ORANGE & MAPLEWOOD SCH DIST 4.45% 12/1/2004 | A | Interest | | | TRANSFER IN | 2/11 | J | | |
| 27. | | | | | REDEMPTION | 12/1 | J | | |
| 28. RUTGERS ST UNIV NJ 5.0% 5/1/14 | B | Interest | K | T | BUY | 3/4 | K | | |
| 29. STONY BROOK REGL SEW AUTH NJ REV RFDG SER B 5.45% 1/1/12 | B | Interest | K | T | BUY | 3/3 | K | | |
| 30. VENTNOR CITY NJ RFDG SER C 5.0% 10/1/16 | | None | K | T | BUY | 12/15 | K | | |
| 31. IRA#1 | | | | | | | | | |
| 32. PERSHING GOVT ACCOUNT | A | Interest | K | T | | | | | |
| 33. FNMA GTD MTG PASS THRU CTFS POOL#254589 5.5% 1/1/23 | A | Interest | | | SELL | 11/22 | J | | |
| 34. FNMA GTD MTG PASS CTFS POOL#254048 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 35. FNMA GTD MTG PASS THRU CTFS POOL#254866 5% 9/1/18 | A | Interest | | | SELL | 3/3 | L | A | |
| 36. FNMA GTD MTG PASS THRU CTFS POOL#323319 10/01/28 | A | Interest | | | SELL | 2/13 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. BANK AMER CORP NT 5.25% 2/1/07 | C | Interest | L | T | | | | | |
| 38. CITI GROUP INC GLOBAL NT 5.5% 8/9/06 | B | Interest | K | T | | | | | |
| 39. DAIMLER CHRYSLER NORTH AMER HLDG ORP 6.4% 5/15/06 | B | Interest | K | T | | | | | |
| 40. FORD MTR CR CO GLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | B | Interest | K | T | | | | | |
| 41. GENERAL DYNAMICS CORP DEB 3.0% 5/15/08 | A | Interest | K | T | | | | | |
| 42. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35 /30/06 | C | Interest | L | T | | | | | |
| 43. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | B | Interest | K | T | | | | | |
| 44. GENERAL MTRS ACCEP CORP NOTES 4.5% 7/15/06 | A | Interest | J | T | | | | | |
| 45. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/2008 | B | Interest | K | T | | | | | |
| 46. | | | | | BUY | 4/7 | J | | |
| 47. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17 08 | C | Interest | L | T | | | | | |
| 48. | | | | | BUY | 4/12 | J | | |
| 49. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | B | Interest | K | T | | | | | |
| 50. MORGAN STANLEY DEAN WITTER & CO NT 7.75% 6/15/05 | | None | | | SELL | 3/25 | L | | |
| 51. NATIONAL RURAL UTILS COOP FIN CORP COLL TR BD 6% 5/15/06 | B | Interest | K | T | | | | | |
| 52. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | B | Interest | K | T | | | | | |
| 53. UNITED STATES TREAS NOTES 5% 8/15/11 | A | Interest | | | SELL | 2/24 | K | A | |
| 54. UNITED STATES TREAS NOTES 4.875% 2/15/12 | C | Interest | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | | | | | BUY | 10/12 | M | | |
| 56. UNITED STATES TREAS NOTES 4.375% 8/15/12 | A | Interest | | | SELL | 11/1 | J | A | |
| 57. UNITED STATES TREAS NOTES 3.0% 11/15/07 | B | Interest | M | T | | | | | |
| 58. | | | | | BUY | 3/9 | L | | |
| 59. | | | | | BUY | 11/22 | J | | |
| 60. FEDERAL NATL MTG ASSN DEB 5.25% 1/15/09 | C | Interest | | | | | | | |
| 61. | | | | | BUY | 8/17 | K | | |
| 62. | | | | | SELL | 10/12 | L | B | |
| 63. FEDERAL NATL MTG ASSN DEB 5.25% 6/15/06 | A | Interest | | | PARTIAL SELL | 4/22 | K | | |
| 64. | | | | | SELL | 10/12 | K | | |
| 65. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.379% 9/15/2012 | B | Interest | L | T | | | | | |
| 66. | | | | | BUY | 2/26 | K | | |
| 67. | | | | | BUY | 11/1 | J | | |
| 68. GOLDMAN SACHS 4.125% 2008/1/15 | B | Interest | L | T | BUY | 3/25 | L | | |
| 69. | | | | | BUY | 4/14 | J | | |
| 70. BEAR STEARNS CO INC 5.7% 2007/1/15 | B | Interest | L | T | BUY | 4/22 | L | | |
| 71. IRA#2 | | | | | | | | | |
| 72. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. FNMA GTD MTG PASS THRU CTFS POOL#254589 5.5% 01/01/23 | A | Interest | | | SELL | 11/22 | J | | |
| 74. FNMA GTD MTG PASS THRU CTFS POOL#254866 5% 9/1/18 | A | Interest | | | SELL | 3/3 | J | A | |
| 75. BANK AMER CORP NT | A | Interest | J | T | | | | | |
| 76. CITIGROUP INC GLOBAL NT 5.5% 8/9/06 | A | Interest | J | T | | | | | |
| 77. DAIMLER CHRYSLER NORTH AMER HLDG CORP 6.4% 5/15/06 | A | Interest | J | T | | | | | |
| 78. FORD MTR CR CO BLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | A | Interest | J | T | | | | | |
| 79. GENERAL DYNMAICS CORP DEB 3% 5/15/08 | A | Interest | J | T | | | | | |
| 80. GENERAL ELEC CAP CORP MTN TRANCHE#TR00483 5.35% 3/30/06 | A | Interest | | | SELL | 12/15 | J | | |
| 81. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | A | Interest | J | T | | | | | |
| 82. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/03 | A | Interest | J | T | | | | | |
| 83. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/ 8 | A | Interest | J | T | | | | | |
| 84. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | J | T | | | | | |
| 85. | | | | | BUY | 4/5 | J | | |
| 86. MORGAN STANLEY DEAN WITTER & CO NT 7.75% 6/15/05 | | None | | | SELL | 3/25 | J | | |
| 87. NATIONAL RURAL UTILS COOP FIN CORP COLL TR 8D 6% 5/15/06 | A | Interest | J | T | | | | | |
| 88. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | A | Interest | J | T | | | | | |
| 89. UNITED STATES TREAS NOTES 4.875% 2/15/12 | A | Interest | K | T | | | | | |
| 90. | | | | | BUY | 12/28 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. UNITED STATES TREAS NOTES 4.375% 8/15/12 | A | Interest | | | SELL | 11/1 | J | A | |
| 92. UNITED STATES TREAS NOTES 3% 11/15/07 | A | Interest | K | T | PARTIAL SELL | 12/28 | J | | |
| 93. | | | | | BUY | 3/9 | K | | |
| 94. | | | | | BUY | 11/22 | J | | |
| 95. FEDERAL NATL MTG ASSN DEB 5.25% 6/15/06 | A | Interest | | | PARTIAL SELL | 4/22 | J | | |
| 96. | | | | | SELL | 7/23 | J | | |
| 97. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.75% 9/15/2012 | A | Interest | J | T | | | | | |
| 98. | | | | | BUY | 11/1 | J | | |
| 99. GOLDMAN SACHS 4.125% 2008/1/15 | A | Interest | J | T | BUY | 3/25 | J | | |
| 100. BEAR STERNS CO INC 5.7% 2007/1/15 | A | Interest | J | T | BUY | 4/22 | J | | |
| 101. GENERAL MOTORS ACCEPT CORP 4.5% 2006/7/15 | | None | J | T | BUY | 7/23 | J | | |
| 102. US TREASURY NOTES 3.5% 2009/12/15 | | None | J | T | BUY | 12/15 | J | | |
| 103. VALLEY NATIONAL BANK | A | Interest | J | T | | | | | |
| 104. VARIABLE LIFE #1 | | None | M | T | | | | | |
| 105. EQUITABLE - SEP | | None | K | T | | | | | |
| 106. Present 401(K) | A | Interest | J | T | BUY | 1/1 | J | | |
| 107. Prior 401(K) | B | Interest | N | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ 5/10/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544